**KITTAY & GERSHFELD, P.C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

100 WHITE PLAINS RD.
2ND FLOOR
TARRYTOWN, NEW YORK 10591

___

(914) 332-8000
FAX: (914) 332-8001
E-mail:kittaygershfeld@yahoo.com

August 1, 2006

Clerk of Court
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004
Attn: Case Administrator for Judge Gonzalez

      Re:  **LENNARD, MARGO**
          <u>**CASE NO.: 05-48876 (AJG)**</u>

Dear Sir or Madam:

  Please be advised that the Trustee hereby withdraws his *No Distribution Report* in the above case.

  Thank you very much.

                Very truly yours,

                /s/ Michelle G. Gershfeld

                Michelle G. Gershfeld