**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

IN RE: Margo Lennard                            CASE NO.: 05–48876–ajg

SSN/TAX ID: xxx–xx–7873                         CHAPTER: 7

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

David R. Kittay is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 24, 2007

                                        Arthur J. Gonzalez, Bankruptcy Judge