**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Margo Lennard | CASE NO.: 05–48876–ajg |
| SSN/TAX ID: xxx–xx–7873 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

David R. Kittay is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 24, 2007

                                                            Arthur J. Gonzalez, Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0208-1           User: gwhite                Page 1 of 1               Date Rcvd: Jan 24, 2007
Case: 05-48876                 Form ID: 149                Total Served: 3
```

The following entities were served by first class mail on Jan 26, 2007.
```
db         +Margo Lennard,   4 East 107 Street - Apt. # 8H,   New York, NY 10029-3814
tr         +David R. Kittay,   Kittay & Gershfeld, P.C.,   100 White Plains Road,   2nd Floor,
             Tarrytown, NY 10591-5519
ust        +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2007**                    **Signature:** _Joseph Speetjens_